UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWEDISH HEALTH SERVICES, doing business as SWEDISH MEDICAL GROUP,<br><br>Defendants. | CASE NO. 2:23-cv-01266-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) In their Joint Status Report ("JSR"), the Parties request the Court delay entry of a trial schedule until after it has issued a determination on class certification. Dkt. No. 18. The Court therefore DIRECTS the Parties to file a proposed case management schedule identifying, at a minimum, their proposed discovery cutoff date and anticipated motions deadlines.

MINUTE ORDER - 1

(2) Additionally, this Court's initial case scheduling order (Dkt. No. 16) requires that joint status reports include the following certifications: (1) a certification that all counsel and any pro se parties have reviewed Judge Lin's Chambers Procedures (available at https://www.wawd.uscourts.gov/judges/lin-procedures), the Local Rules, General Orders and the applicable Electronic Filing Procedures; and (2) a certification that all counsel and any pro se parties have reviewed and complied with Judge Lin's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges (Dkt. No. 5). The Parties did not include the required certifications in their JSR. The Court therefore DIRECTS the Parties to including these required certifications in their response to this minute order.

(3) The Parties shall file their response to this minute order by no later than **Friday, November 10, 2023**.

Dated this 2nd day of November 2023.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk