THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISMAHAN ADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL GROUP,<br><br>Defendant. | NO. 2:23-CV-01266-TL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL**<br><br>**NOTED FOR CONSIDERATION:**<br>SEPTEMBER 19, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to dismiss Plaintiff's individual claims in this action with prejudice, and to dismiss the proposed class claims without prejudice, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 19th day of September, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
  Beth E. Terrell, WSBA #26759
  Email: bterrell@terrellmarshall.com
  Jennifer Rust Murray, WSBA #36983
  Email: jmurray@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603

DAVIS WRIGHT TREMAINE LLP

By: */s/ Scott Prange*
  Paula Lehmann, WSBA #20678
  Email: paulalehmann@dwt.com
  Melissa Mordy, WSBA #41879
  Email: missymodry@dwt.com
  Margaret Burnham, WSBA #47860
  Email: megburnham@dwt.com
  929 108th Avenue NE, Suite 1500
  Bellevue, WA 98004-4786
  Telephone: (425) 646-6194

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL - 1
CASE NO. 2:23-CV-01266-TL

| | |
|---|---|
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | Kathryn S. Rosen, WSBA #29465<br>Email: katierosen@dwt.com |
| Carolyn H. Cottrell, *Admitted Pro Hac Vice*<br>Email: ccottrell@schneiderwallace.com<br>Andrew Weaver, *Admitted Pro Hac Vice*<br>Email: aweaver@schneiderwallace.com<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100 | Scott Prange, WSBA #53980<br>Email: scottprange@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br><br>*Attorneys for Defendant* |
| Esther L. Bylsma, *Admitted Pro Hac Vice*<br>Email: ebylsma@schneiderwallace.com<br>300 S. Grand Avenue, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 835-1550 | |

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of September, 2024.

_____
THE HONORABLE TANA LIN

---

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL - 2
CASE NO. 2:23-CV-01266-TL